IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| DWAYNE EHRHARDT | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. 20-CV-863-SLC |
| | § | |
| BC SERVICES, INC. | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Sep 28, 2020, 12:00 pm**,

**SUMMONS, COMPLAINT, VERIFICATION, EXHIBITS 1-3,**

and was executed at **550 Disc Dr, Longmont, CO 80503** within the county of **Boulder** at **04:44 PM on Fri, Oct 02 2020**, by delivering a true copy to the within named

**BC SERVICES, INC. and accepted by Authorized person**
**John Levin (Attorney)**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Jamie Sparre**, my date of birth is **7/20/1984**, and my address is **PO Box 11451 Denver CO. 80211**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Boulder** County, State of **CO**, on **October 06, 2020**.

_____
Jamie Sparre