UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dwayne Ehrhardt<br><br>        Plaintiff,<br>v.<br><br>BC Services, Inc.<br><br>        Defendant. | **Case No. 20-cv-00863** |

**NOTICE OF SETTLEMENT**

A settlement has been reached between the parties. A notice of voluntary dismissal with prejudice will be filed within 60 days of when the settlement agreement is signed by the Plaintiff.

                                      /s/ Matthew C. Lein
                                      Matthew C. Lein
                                      State Bar No. 1084028
                                      Attorneys for Plaintiff
                                      **LEIN LAW OFFICES, LLP**
                                      15692 Hwy 63 North
                                      PO Box 761
                                      Hayward, Wisconsin 54843
                                      Telephone: (715) 634-4273
                                      Facsimile: (715) 634-5051
                                      mlein@leinlawoffices.com