UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dwayne Ehrhardt<br><br>       Plaintiff,<br>v.<br><br>BC Services, Inc.<br><br>       Defendant. | **Case No. 20-CV-00863** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Dwayne Ehrhardt hereby requests that the Court dismiss Plaintiffs claims without prejudice as to BC Services, Inc. and with all rights of appeal waived, all parties to bear their own fees and costs.

_/s/_ Matthew C. Lein
Matthew C. Lein
State Bar No. 1084028
Attorneys for Plaintiff
**LEIN LAW OFFICES, LLP**
15692 Hwy 63 North
PO Box 761
Hayward, Wisconsin 54843
Telephone: (715) 634-4273
Facsimile: (715) 634-5051
mlein@leinlawoffices.com